# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PATRICE KELLY SIMS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-05-00562-001 SI<br>BOP Case Number: DCAN305CR000562-001<br>USM Number:     28035-044<br>Defendant's Attorney :Rita Bosworth |

**THE DEFENDANT:**

[**x**]  admitted guilt to violation of condition(s) <u>Special Condition that she participate in a drug/alcohol treatment program duing the</u> of the term of supervision.

[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 5 | Abandoned Treatment at an Alcohol/Drug treatment Program | 11/08 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | January 15, 2009<br>Date of Imposition of Judgment<br><br>*[signature]*<br>Signature of Judicial Officer<br><br>Honorable Susan Illston, U. S. District Judge<br>Name & Title of Judicial Officer<br><br>1/20/09<br>Date |
| Defendant's Date of Birth: | |
| Defendant's USM No.: | |
| <u>Defendant's Residence Address:</u> | |
| <u>Defendant's Mailing Address:</u> | |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | PATRICE KELLY SIMS | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-05-00562-001 SI | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one (1) month .

NO TERM OF SUPERVISION SHALL FOLLOW RELEASE.

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[**x**]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [**x**] before 2:00 p.m. 2:00 pm on January 22, 2009 .
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

 

 

 

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

                        UNITED STATES MARSHAL

By _____

                        Deputy United States Marshal